## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

IN RE: )
LEWIS GUY LAKE ) CHAPTER 13 23-30091-SDB
)
DEBTOR(S). )

### MOTION TO STRIKE
### NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES AND CHARGES FILED BY MISSION SERVICING RESIDENTIAL, INC

NOW COMES THE DEBTOR(S), LEWIS GUY LAKE, by and through her attorney, and files this Motion to Strike NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES AND CHARGES filed by MISSION SERVICING RESIDENTIAL, INC. In support of said Motion, Debtor states the following:

1. Debtor filed Bankruptcy in the United States Bankruptcy Court, Southern District of Georgia; Dublin Division on June 28, 2023.

2. Listed as a creditor in the above referenced bankruptcy was MISSION SERVICING RESIDENTIAL, INC secured by real estate.

3. On July 25, 2023, a proof of claim, claim #3, was filed on behalf of Crescent Mortgage Company in the amount $131,082.72. A transfer of claim to Mission Servicing Residential, Inc was filed on or about August 15, 2023.

4. On January 2, 2024, MISSION SERVICING RESIDENTIAL, INC filed a form pursuant to Bankruptcy Rule 3002.1 for Bankruptcy/Proof of Claim fees and Plan Review in the amount of $950.00.

5. MISSION SERVICING RESIDENTIAL, INC has not provided an itemization of how fees were computed or shown justification for said fees.

6. MISSION SERVICING RESIDENTIAL, INC has not complied with state law notice requirement as per O.C.G.A § 13-1-11.

7. MISSION SERVICING RESIDENTIAL, INC has no equity under 506 (b) and has no right to fees.

WHEREFORE, Debtors hereby request that the Fee set forth in MISSION SERVICING RESIDENTIAL, INC Notice of Postpetition Mortgage Fees, Expenses, and Charges in the amount of $950.00 for Atttorney fees is not required by the underlying agreement and applicable nonbankruptcy law to cure a default or maintain payments in accordance with 11 U.S.C. §1322(b)(5) of the Code. See Fed. R. Bankr. P. 3002.1, be reduced to $275.00.

This 31st day of July, 2024.

                                                 s/Angela McElroy-Magruder  
                                                 Angela McElroy-Magruder  
                                                 Attorney for Debtor  
                                                 Georgia Bar #113625

Claeys, McElroy-Magruder & Kitchens  
512 Telfair Street  
Augusta, GA   30901  
706-724-600

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing **MOTION TO STRIKE NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES AND CHARGES** by via electronic mail and placing same in the United States Mail with proper postage affixed thereon to insure delivery, addressed as follows:

MISSION SERVICING RESIDENTIAL, INC
LoanCare, LLC
3637 Sentara Way
Virginia Beach VA   23452

Andrea Lynn Betts
Robertson Anschutz Schneid Crane & Partners PLLC
13010 Morris Road, Ste 450
Alpharetta GA   30004

Chapter 13 Trustee                                        (VIA ELECTRONIC MAIL)
Post Office Box 2127
Augusta, GA   30903

This 31st day of July, 2024.

                   s/Angela McElroy-Magruder
                   **Angela McElroy-Magruder**
                   **Attorney for Debtor**
                   Georgia Bar #113625

Claeys, McElroy-Magruder & Kitchens
512 Telfair Street
Augusta, GA 30901
706-724-6000