## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

IN RE:                                                           CASE NO.: 23-30091-SDB
                                                                                                               CHAPTER 13

**Lewis Guy Lake,**
    **Debtors.**
_____/

### RESPONSE TO MOTION TO DETERMINE
### MORTGAGE FEES AND EXPENSES RE: RULE 3002.1

**COMES NOW,** Mission Servicing Residential, Inc. ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Motion to Determine Mortgage Fees and Expenses re: Rule 3002.1 ("Objection") (DE # 42), and in support thereof states as follows.

1. Debtor, Lewis Guy Lake ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 28, 2023.

2. Secured Creditor holds an interest in Debtor's real property located at 781 Rose Avenue, East Dublin, GA 31027.

3. Secured Creditor filed its Proof of Claim, on July 25, 2023 as Claim Number 3-1, and subsequently filed its Post-Petition Mortgage Fees and Expenses Charges on January 2, 2024.

4. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim (and, by extension, supplemental proof of claim) executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."

5. On July 31, 2024, Debtor filed an Objection asserting allegations opposing Secured Creditor's claim.

6. The Debtor will not be prejudiced by allowing the Notice of Post-petition Mortgage Fees, Expenses, and Charges to stand as timely filed. All amounts stated are reasonable and permitted by the loan documents. The $450.00 for the Plan Review and for Plan Objection is more than reasonable. Additionally, this is an acceptable amount for a Plan Review pursuant to the customs and practices in Georgia. Due to new rules and time restraints of filing a Proof of Claim timely along with amount of time and detail, and preparation of the 410A pay history The $500.00 is reasonable and acceptable because counsel is required to review payment histories, assemble payment information, and totals under numerous categories from date of default.

7. Secured Creditor's Notice of Post-petition Mortgage Fees, Expenses, and Charges is neither incorrect nor improper as filed.

8. Secured Creditor reserves the right to supplement its Response to Debtor's Objection at any time before or at the hearing.

**WHEREFORE,** Secured Creditor respectfully requests that this Honorable Court allows Secured Creditor's Notice of Post-petition Mortgage Fees, Expenses, and Charges as filed so as to preserve Creditor's Claim, and for such other and further relief as the Court may deem just and proper.

**Robertson, Anschutz, Schneid,
Crane & Partners PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd.
Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112

/s/ Willie B. Smith
Willie Bruce Smith, Esq.
Georgia Bar # 507412
Email: wismith@raslg.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 13, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Lewis Guy Lake
781 Rose Avenue
East Dublin, GA 31027

And via electronic mail to:

Angela McElroy-Magruder
Claeys, McElroy-Magruder & Kitchens
512 Telfair Street
Augusta, GA 30901

Huon Le
P.O. Box 2127
Augusta, GA 30903

Office of the U. S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

**Robertson, Anschutz, Schneid,
Crane & Partners PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd.
Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112

/s/_Willie B. Smith_
Willie Bruce Smith, Esq.
Georgia Bar # 507412
Email: wismith@raslg.com